# Lunsford & Co. v. Hudson.

APPEAL from Jefferson Circuit Court.

Tried before the Hon. A. A. COLEMAN.

STERLING A. WOOD, for appellant.

No counsel marked as appearing for appellee.

This was an action of assumpsit brought by the appellee against the appellants. There was judgment rendered for the plaintiff, for a sum greater by $5.02 than that claimed in the complaint, including interest.

From this judgment the defendant appeals, and assigns the rendition thereof as error.

The judgment is here corrected and the proper judgment rendered as of the date of its rendition in the circuit court; and as so corrected the judgment is affirmed.

Opinion by SHARPE, J.

# Bryant v. The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of grand larceny.

The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.